John D. Borbi, Esquire (021521990)
BORBI, CLANCY & PATRIZI
999 Route 73 North – Suite 103
Marlton, New Jersey 08053
(856) 424-5400
Attorneys for Plaintiff, Keith Hacker in Superior Court (OCN-L-3112-19)

FILED
JEANNE A. NAUGHTON, CLERK
JUL 16 2021
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

PAID
$188.00
R#624417

|  |  |
|---|---|
| In Re:<br><br>CARLOS JAIME-VALDEZ | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (Trenton)<br>CASE NO.: 21-14025<br><br>Chapter 7<br><br>NOTICE OF MOTION GRANTING RELIEF FROM AUTOMATIC STAY TO ALLOW MOVING PARTY TO PROCEED WITH LITIGATION IN THE SUPERIOR COURT OF NEW JERSEY |

TO:   Attorney for Debtor:   Robert C. Nisenson, Esquire
                              Law Offices of Robert C. Nisenson, LLC
                              10 Auer Court
                              East Brunswick, New Jersey 08816

      Trustee:                Bunce D. Atkinson, Chapter 7 Standing Trustee
                              1011 Highway 71 – Suite 200
                              Spring Lake, New Jersey 07762

      Attorney for Debtor     Carlos Jaime-Valdez c/o Thomas J. Giardina, Esquire
      in Superior Court case: **Goldberg, Miller & Rubin**
                              999 Riverview Drive – Suite 201
                              Totowa, New Jersey 07512

      Debtor:                 Carlos Jaime-Valdez
                              13 Harrison Street
                              Sayreville, New Jersey 08875

PLEASE TAKE NOTICE that the undersigned attorney for Plaintiff, Keith Hacker in Superior Court (OCN-L-3112-19), will apply to the United States Bankruptcy Court, for the District of New Jersey at the Court House located at 402 E. State Street, Trenton, New Jersey 08608 on **Tuesday, August 17, 2021 at 10:00 a.m.** before the Honorable Kathryn C. Ferguson, for an Order lifting the stay on the litigation presently pending in the Superior Court of New Jersey, Law Division, Ocean County under Docket No.: OCN-L-3112-19, on behalf of Carlos Jaime-Valdez.

In support of the above application, Keith Hacker will rely upon the Certification attached hereto. A proposed form of Order is also provided. Oral Argument is not requested at this time.

                              BORBI, CLANCY & PATRIZI
                              Attorneys for Plaintiff-Superior Court Litigation

                              _____
Dated: July 15, 2021          JOHN D. BORBI, ESQUIRE



LAW OFFICES
# BORBI, CLANCY & PATRIZI, LLC
999 ROUTE 73 NORTH, SUITE 103
MARLTON, NEW JERSEY 08053

(856) 424-5400
Fax (856) 424-1449
Website www.bpbclaw.com
Follow Us On Facebook

Marlton ♦ Philadelphia

JOHN D. BORBI ◇ *
JAMES M. CLANCY ☐ *
VANESSA P. PATRIZI *
S. CAROLINE GRANATO
JOHN PATRICK BORBI
LAURENCE P. BAFUNDO ◇ +
MARIANNE BRYANT, R.N.,M.S.N.*+
ROBERT A. PORTER ◇ +

◇ Certified Civil Trial Attorney
☐ Certified Workers' Compensation
* Also Admitted in Pennsylvania Bar
+ Of Counsel