FILED
JEANNE A. NAUGHTON, CLERK
JUL 16 2021
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

John D. Borbi, Esquire (021521990)
BORBI, CLANCY & PATRIZI
999 Route 73 North – Suite 103
Marlton, New Jersey 08053
(856) 424-5400
Attorneys for Plaintiff, Keith Hacker in Superior Court (OCN-L-3112-19)

In Re:

CARLOS JAIME-VALDEZ

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Trenton)

CASE NO.: 21-14025

Chapter 7

STATEMENT IN LIEU OF BRIEF

PLEASE TAKE NOTICE THAT the moving party is not filing a Brief in support of this Motion since the resolution of the Motion is a factual issue.

BORBI, CLANCY & PATRIZI
Attorneys for Plaintiff-Superior Court Litigation

_____
JOHN D. BORBI, ESQUIRE

Dated: July 15, 2021