# EXHIBIT B

John D. Borbi, Esquire (#021521990)
BORBI, CLANCY & PATRIZI
999 Route 73 North, Suite 103
Marlton, New Jersey  08053
(856) 424-5400
Attorneys for Plaintiff

| | |
|---|---|
| KEITH HACKER<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CARLOS JAIME-VALDEZ and JOHN DOE(S) (f/n A-Z as employer or principal for Defendant, Carlos Jaime-Valdez),<br><br>　　　　　　　　Defendants. | :　SUPERIOR COURT OF NEW JERSEY<br>:　LAW DIVISION – OCEAN COUNTY<br>:　DOCKET NO.:  OCN-L-3112-19<br>:<br>:<br>:<br>:<br>:　*Civil Action*<br>:<br>:<br>:<br>:<br>:　OFFER OF JUDGMENT |

PLEASE TAKE NOTICE that, pursuant to R.4:58-1, Plaintiff, KEITH HACKER, offers judgment against Defendant, CARLOS JAIME-VALDEZ, in the amount of $200,000.00.

　　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BORBI

Dated:  July 14, 2021