FILED
JEANNE A. NAUGHTON, CLERK

JUL 1 6 2021

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

John D. Borbi, Esquire (021521990)
BORBI, CLANCY & PATRIZI
999 Route 73 North – Suite 103
Marlton, New Jersey 08053
(856) 424-5400
Attorneys for Plaintiff, Keith Hacker in Superior Court (OCN-L-3112-19)

In Re:

CARLOS JAIME-VALDEZ

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Trenton)
CASE NO.: 21-14025

Chapter 7

PROOF OF MAILING

On **July 15, 2021**, John D. Borbi, Esquire of Borbi, Clancy & Patrizi, Attorneys at Law, located at 999 Route 73 North, Suite 103, Marlton, New Jersey 08053, e-filed the Notice of Motion, Supporting Certification, and Proposed Form of Order, with the United States Bankruptcy Court and mailed courtesy copies, via U.S. First Class Mail, to the following:

| | |
|---|---|
| Attorney for Debtor: | Robert C. Nisenson, Esquire<br>Law Offices of Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816 |
| Trustee: | Bunce D. Atkinson, Chapter 7 Standing Trustee<br>1011 Highway 71 – Suite 200<br>Spring Lake, New Jersey 07762 |
| Attorney for Debtor<br>in Superior Court case: | Carlos Jaime-Valdez c/o Thomas J. Giardina, Esquire<br>**Goldberg, Miller & Rubin**<br>999 Riverview Drive – Suite 201<br>Totowa, New Jersey 07512 |
| Debtor: | Carlos Jaime-Valdez<br>13 Harrison Street, Sayreville, New Jersey 08875<br>VIA REGUAL MAIL AND CERTIFIED MAIL<br>R.R.R.  NO.: 7019 0700 0000 5152 1066 |

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

BORBI, CLANCY & PATRIZI
Attorneys for Plaintiff-Superior Court Litigation

_____
JOHN D. BORBI, ESQUIRE

Dated: July 15, 2021