UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on July 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:        _____

Chapter:         _____

Hearing Date:    _____

Judge:           _____

**ORDER**

---

The relief set forth on the following pages, numbered two (2) through _____, is **ORDERED**.

**DATED:** July 12, 2023

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <u>FOR THE DISTRICT OF NEW JERSEY</u><br>**Caption in compliance with D.N.J. LBR 9004-1**<br><br>**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>Gary D. Bressler, Esq.<br>Gaston P. Loomis, Esq.<br>300 Delaware Avenue Street<br>Suite 1014<br>Wilmington, Delaware 19801<br>(302) 300-4510<br>E-Mail: gbressler@mdmc-law.com<br>         gloomis@mdmc-law.com<br>*Attorneys for the Debtor Carolos M. Jaime* | |
| In re:<br><br>CARLOS M. JAIME<br><br>                              Debtor | Chapter 7<br><br>Case No. 21-14025<br><br>The Honorable Kathryn C. Ferguson |

**ORDER REOPENING CHAPTER 7 CASE AND DETERMINING THAT THE POSTPETITION JUDGMENT OBTAINED BY CREDITOR KEITH HACKER IS NOT ENFORCEABLE BEYOND, OR ALTERNATIVELY SHALL BE MOLDED TO, THE <u>$200,000 POLICY LIMIT OF THE DEBTOR'S AUTOMOBILE INSURANCE</u>**

The relief set forth on the following page(s), numbered two (2), is hereby ORDERED.

Upon consideration of the Debtor's motion, by and through counsel, for an Order reopening this case pursuant to 11 U.S.C. 350(b) and <u>Fed. R. Bankr. P. 5010</u>), and notice of the motion having been given, and the Court having found cause for entry of the order, it is hereby:

**ORDERED** that Case 21-14025(KCF) is reopened; and it is further

**ORDERED** that the Judgment is unenforceable beyond the $200,000 Policy Limit; and it is further

*PHI 317067035v3*

**ORDERED** that the Judgment shall be molded to the $200,000 Policy Limit; and it is further

**ORDERED** that this Order shall take immediate effect.